**Motion Granted, Judgment Set Aside, Case Remanded, and Memorandum Opinion filed October 22, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-19-00698-CV

---

## JOSE HERRERA AND PERFORMANCE FOOD GROUP, INC., Appellants

## V.

## JANE PORTER, Appellee

---

**On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause No. 2016-40459**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 10, 2019. On October 1, 2019, the parties filed a joint motion to dismiss the appeal pursuant to a settlement agreement. In their joint motion, the parties advise that they have reached an agreement to settle and compromise the judgment, and they accordingly request the court to set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of a judgment in accordance with the parties'

settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(B). The motion is **GRANTED**.

We set aside the trial court's judgment without regard to the merits and remand this case to the trial court for rendition of judgment in accordance with the parties' settlement agreement.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.